UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HAYNES,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>        Defendants. | Case No. 15-cv-02455-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 8 |

Plaintiff Lewis Haynes 3rd filed this action on June 2, 2015.  Pursuant to Civil Local Rule 3-12(c), the case is hereby REFERRED to the Honorable Maria Elena James to determine whether it is related to *Thieme v. Cobb*, No. 3-13-cv-03827-MEJ, and *Cynthia Chenault v. Cobb*, No. 3-13-cv-08328-MEJ.

**IT IS SO ORDERED.**

Dated:  June 24, 2015

*[signature: Jacqueline Scott Corley]*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge