UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HAYNES,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>        Defendants. | Case No. 15-cv-02455-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    As this case has been reassigned for all further proceedings, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held before the Honorable Maria-Elena James on September 3, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

    **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

    Plaintiff's counsel is directed to serve this Order upon all Defendants.

    **IT IS SO ORDERED.**

Dated: June 24, 2015

                                                       _____<br>
                                                       MARIA-ELENA JAMES<br>
                                                       United States Magistrate Judge