UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HAYNES,<br><br>        Plaintiff,<br><br>     v.<br><br>DIANE E. COBB, et al.,<br><br>        Defendants. | Case No. 15-cv-02455-MEJ<br><br>**ORDER TO SHOW CAUSE** |

    This case has been pending for five months, yet there is no indication Plaintiff has served Defendants Diane Cobb, Sloane Davis, and D.M. Financial. Further, on November 18, 2013, the Court denied Plaintiff's Application to serve Cobb and Davis by publication in a related case. *See Thieme v. Cobb*, C-1303827 MEJ, Dkt. No. 48. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed without prejudice as to Defendants Diane Cobb, Sloane Davis, and D.M. Financial. Plaintiff shall file a declaration by November 12, 2015, and the Court shall conduct a hearing on December 3, 2015 at 10:00 a.m. in Courtroom B.

    **IT IS SO ORDERED.**

Dated: November 2, 2015

                                                                  _____
                                                                   MARIA-ELENA JAMES
                                                                     United States Magistrate Judge

United States District Court
Northern District of California